JOHN A. WEISMANTLE, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concurred.

A. COOPER METAL COMPANY, INC., Respondent, v. JACOB STABINSKY and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

CELIA SCHAFFRON, an Infant, by SAMUEL SCHAFFRON, Her Guardian ad Litem, Appellant, v. WALTER A. TUTTLE and Others, Respondents.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the charge of the learned trial justice, wherein he stated in substance that if the plaintiff had been an adult instead of a child, he thought he would have been justified in saying that he should have granted a nonsuit on the ground of contributory negligence and in holding that on that ground the plaintiff could not recover, tended to prejudice the plaintiff's case, requiring, in our opinion, a new trial. All concurred, except Kruse, P. J., and Foote, J., who dissented.

WILLIAM ROSTISER, Respondent, v. JOHN VISCOSI, Appellant.— Judgment and order affirmed, with costs. All concurred.

HARRY R. MERCER, Appellant, v. BLANCHE BARNETT MERCER, Respondent.— Order modified so as to require the payment of counsel fee to the defendant instead of to her attorneys, and as so modified affirmed, without costs of this appeal to either party. All concurred.

ALBERT W. EMERSON, Respondent, v. FRANK W. KNIFFIN and Another, Appellants.— Orders reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the action does not involve the examination of a long account within the meaning of the provisions of the Code of Civil Procedure* permitting a compulsory reference. All concurred.

FRANK BREN, Respondent, v. MICHAEL DEL PAPA, Appellant.— Judgment and order affirmed, with costs. All concurred.

EDWIN L. WAGE and Another, as Trustees, etc., Respondents, v. CATHERINE G. HILL and Others, Appellants, Impleaded with Another.— Decision of the Special Term and interlocutory judgment modified by striking from the former the words, " and in default thereof plaintiffs are entitled to a final judgment herein for the relief demanded in the complaint;" and from the latter the words, " and in default thereof the plaintiffs shall have final judgment herein for the relief demanded in the complaint;" and by substituting in each in place thereof the words, " and in default thereof plaintiffs may have interlocutory judgment directing that their accounts as trustees be taken and judicially settled, and that the question as to the right of plaintiffs to the further relief demanded in the complaint be reserved until final judgment," and as so modified affirmed, without costs of this appeal to either party, with leave to the defendants to plead over within twenty days, if so advised. All concurred.

In the Matter of Proving the Last Will and Testament and Codicil Thereto of EDWARD LAWLER, Deceased. JULIA LAWLER LAMBE and Others, Appellants; TRUST AND DEPOSIT COMPANY OF ONONDAGA, as Executor, etc.,

* See Code Civ. Proc. § 1013.— [REP.